AO 91 (Rev. 5/85) Criminal Complaint          AUSA Rosen  al  FBI Russell

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

JAVAROW GORDON

CASE NUMBER: 06-6322-LSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 16, 2005 through the present in __Broward County__, in the __Southern__ District of __Florida__ defendant did, (Track Statutory Language of Offense)

knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution for the crime of Murder, which is a felony under the laws of the State of Florida

in violation of Title 18 United States Code, Section 1073

I further state that I am a(n) __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the following

Official Title

facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

_____
Signature of Complainant
Paul Russell, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

September 11, 2006                    at  Fort Lauderdale, Florida
Date                                      City and State

LURANA S. SNOW
United States Magistrate Judge        _____
Name and Title of Judicial Officer       Signature of Judicial Officer

# A F F I D A V I T

I Paul J. Russell, being duly sworn on oath, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been for the past 31 years. I am assigned to the Fugitive Task Force.

2. This affidavit is submitted in support of application for a criminal complaint charging Javarow GORDON with intent to avoid prosecution for a felony under the laws of the State of Florida.

3. All of the information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities, whom I believe to be reliable.

4. By letter dated September 6, 2006, addressed to the FBI Fugitive Task Force, Miami, Florida, Michael J. Satz, State Attorney, 17 Judicial Circuit, Broward County, Florida, requested the assistance of the FBI under the Unlawful Flight To Avoid Prosecution (UFAP) statue, Title 18, USC, Section 1073, to locate and apprehend Javarow GORDON who is being sought by the County of Broward, State of Florida, for the felony charge of Murder, in violation of Florida State Statutes.

5. On November 16, 2005, an arrest warrant was issued by Circuit Court Judge Orlando, 17th Judicial Circuit, Broward County, Florida charging GORDON with Murder.

6. Since the issuance of the warrant for GORDON's arrest, he has avoided apprehension by the Broward Sheriff's Office and remains at large.

7. Information has been developed that GORDON is currently employed as a security guard in the Bahamas. GORDON is described as a black male, 5'11" ,250 pounds with a date of birth of November 21, 1980.

8. The Broward County State Attorney's Office has indicated that it will pursue extradition from any location once Bowman is apprehended and will further bear all expenses arising therefrom.

9. Based upon the above, your affiant has probable cause to believe that GORDON has fled the State of Florida to avoid prosecution for the crime of Murder in violation of Florida State statutes, and that he is currently residing outside the borders of Florida.

Further affiant sayeth naught.

_____
Paul J. Russell
Special Agent
Federal Bureau of Investigation

Sworn and subscribed this 11 day of September, 2006.

Lurana S. Snow
United States Magistrate Judge



**MICHAEL J. SATZ**
**STATE ATTORNEY**
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 S.E. SIXTH STREET
FORT LAUDERDALE, FLORIDA 33301-3360          PHONE (954) 831-6955

EXTRADITION UNIT
954/831-6990
September 6, 2006

Patrick Brodsky
Supervisory Special Agent
Federal Bureau of Investigation
Violent Crimes/Fugitive Task Force
16320 NW 2nd Avenue
North Miami Beach, Florida 33169

Re: Javarow Gordon (aka) Jevarow Gordon - black male, five (5) feet eleven (11) inches tall, approximately 250 lbs., black hair, brown eyes, date of birth: 11/21/80, Social Security Number: 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

Dear Mr. Brodsky:

On November 16, 2005, Warrant No. 05-479AF was issued by the Honorable Michael Orlando, one of the Judges of the 17th Judicial Circuit, in and for Broward County, Florida. This warrant is based on an Affidavit sworn to by Detective Walter Schatzel and Detective John Kerns of the Hollywood Police Department and charges Javarow Gordon (aka) Jevarow Gordon with Murder.

The Violent Crimes/Fugitive Task Force of the Federal Bureau of Investigation, Miami Office has made a diligent search and there is reason to believe that the subject has left the State of Florida to avoid prosecution on this charge. Special Agent Paul Russell has received information that the subject is living in Nassau Bahamas.

It would be greatly appreciated if you would apply to the U. S. Attorney on our behalf and ask them to issue a warrant for Unlawful Flight to Avoid Prosecution to assist us in the apprehension and prosecution of this subject.

Supervisory Special Agent Patrick Brodsky
State of Florida vs. JAVAROW GORDON (AKA) JEVAROW GORDON
Warrant No. 05-479AF
Application for UFAP
Page 2


You are hereby advised that the State of Florida will extradite and will prosecute if the subject is apprehended. You are further advised that the State of Florida will bear expenses arising therefrom.

    Very truly yours,

    MICHAEL J. SATZ
    State Attorney

    KENNETH L. FARNSWORTH
    Assistant State Attorney

KLF:sb
Encl.
cc:   Special Agent Paul Russell, VC/FTF, FBI
      Detective Walter Schatzel, Hollywood Police Department
      Detective John Kerns, Hollywood Police Department
      Extradition Unit, Broward Sheriff's Office

GORDON, JAVAROW
B/M - 11-21-80

050479AF10

2005 NOV 17 PM 2:29

DOCKET NO:_____ PAGE:_____

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
BROWARD COUNTY, FLORIDA

## WARRANT TO ARREST

STATE OF FLORIDA

VS.

JAVAROW GORDON

B/M 11-21-1980

A.K.A. JEVAROW GORDON

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA:

WHEREAS DETECTIVE WALTER SCHATZEL AND DETECTIVE JOHN KERNS OF THE HOLLYWOOD POLICE DEPARTMENT, BROWARD COUNTY, FLORIDA, HAS THIS DAY MADE OATH BEFORE ME THAT ON THE 16TH DAY OF NOVEMBER, 2005, IN THE COUNTY AFORESAID, ONE JAVAROW GORDON, BLACK MALE, DATE OF BIRTH OF 11-21-1980, DID THEN AND THERE UNLAWFULLY COMMIT THE CRIME OF MURDER, CONTRARY TO FLORIDA STATE STATUTE 782.04(1), TO WIT: THE UNLAWFUL KILLING OF A HUMAN BEING PERPETRATED FROM A DESIGN TO EFFECT THE DEATH OF ANDRES GERARDO ROMERO, WHEN ANDRES GERARDO ROMERO WAS SHOT TO DEATH DURING THE PERPETRATION OF A HOME INVASION ROBBERY, ARMED BURGLARY, AND KIDNAPPING, CONTRARY TO THE ABOVE STATED STATUTE..

THE OFFENSE SET FORTH IN THE FOREGOING WARRANT IS/ARE CONTRARY TO F.S.S. 782.04(1), IN SUCH CASE MADE AND PROVIDED, AND AGAINST THE PEACE AND DIGNITY OF

THE STATE OF FLORIDA. ATTACHED HERETO AND MADE A PART HEREOF BY INCORPORATION IS THE AFFIDAVIT EXECUTED BY DETECTIVE WALTER SCHATZEL AND DETECTIVE JOHN KERNS, AFFIANTS HEREIN.

THESE ARE, THEREFORE, TO COMMAND YOU FORTHWITH TO ARREST THE SAID JAVAROW GORDON AND BRING HIM BEFORE ME TO BE DEALT WITH ACCORDING TO LAW.

GIVEN UNDER MY HAND AND SEAL THIS ___ DAY OF _____, 2005

HONORABLE
JUDGE OF THE CIRCUIT COURT

| | |
|---|---|
| RECEIVED this Warrant the _____ day of _____, 200____ and executed the same on the ____ day of _____, 200____ by arresting the within-named Defendant and having him/her now before the Court. | IN THE CIRCUIT COURT OF THE SEVENTEETH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA<br><br>STATE OF FLORIDA<br><br>vs. |

ARREST ....

RETURN ....

MILEAGE ....

COMMITMENT ...

RECOMMITMENT.

RELEASE ...

TOTAL ...

**WARRANT**

_____ SHERIFF

By _____ D.S.

BOND is hereby fixed at $ *No Bond*

RETURN DATE on this Warrant to be not later than the _16_ day of _November_, 200_6_

_____ Judge

050479AF10

DOCKET NO.: _____ PAGE: _____

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
BROWARD COUNTY, FLORIDA

## AFFIDAVIT TO ARREST

STATE OF FLORIDA

VS.

JAVAROW GORDON
B/M 11-21-1980
A.K.A. JEVAROW GORDON

STATE OF FLORIDA )
                  ) SS.
COUNTY OF BROWARD )

FELONY

2005 NOV 16 PM 2:05
RECEIVED
CLERK CIRCUIT COURT
BROWARD CO., FL

BEFORE ME Michael Orlando, A JUDGE OF THE CIRCUIT COURT IN AND FOR SAID COUNTY, PERSONALLY CAME DETECTIVE WALTER SCHATZEL AND DETECTIVE JOHN KERNS OF THE CITY OF HOLLYWOOD POLICE DEPARTMENT, BROWARD COUNTY, FLORIDA, WHO, AFTER BEING DULY SWORN, DEPOSES AND SAYS:

THAT YOUR AFFIANTS HAVE PROBABLE CAUSE TO BELIEVE, AND DO BELIEVE THAT ON THE 23RD DAY OF OCTOBER, 2005, IN THE COUNTY AFORESAID, ONE JAVAROW J. GORDON, BLACK MALE, DATE OF BIRTH 11-21-1980, DID THEN AND THERE UNLAWFULLY, COMMIT MURDER, TO WIT: WHEN VICTIM ANDRES GERARDO ROMERO WAS UNLAWFULLY KILLED FROM A DESIGN TO EFFECT HIS DEATH DURING THE PERPETRATION OF A HOME INVASION ROBBERY, ARMED BURGLARY, AND KIDNAPPING, CONTRARY TO FLORIDA STATE STATUE 782.04(1).

THAT THE FOLLOWING GROUNDS CONSTITUTE AFFIANTS' REASON FOR THEIR BELIEF THAT THE LAWS OF THE STATE OF FLORIDA WERE VIOLATED AS STATED ABOVE AND THE FACTS ESTABLISHING THE GROUNDS FOR THIS AFFIDAVIT AND THE PROBABLE CAUSE FOR BELIEVING THAT SUCH FACTS EXIST ARE AS FOLLOWS:

A TRUE COPY

ON OCTOBER 23RD 2005 ON OR ABOUT 2025 HOURS, AT THE LOCATION OF 601 SOUTH 19TH AVENUE #8, IN THE CITY OF HOLLYWOOD, BROWARD COUNTY, FLORIDA, ONE ANDRES GERARDO ROMERO WAS A VICTIM OF MURDER. ANDRES ROMERO WAS OUTSIDE OF HIS RESIDENCE, CONDO #8, ALONG WITH HIS MOTHER, VICTIM AYDEE SORRANO. AYDEE SORRANO RESIDES WITH HER SON AT THE SAME ADDRESS. BOTH ANDRES ROMERO AND AYDEE SORRANO WERE INSTALLING STORM SHUTTERS TO THEIR RESIDENCE. HURRICANE WILMA WAS APPROACHING AND WAS TO STRIKE THIS AREA WITHIN HOURS.

AYDEE WENT INSIDE AND SAT DOWN IN THE LIVING ROOM ON THE COUCH. ANDRES WAS OUTSIDE TIGHTENING THE SCREWS ON THE SHUTTERS. APPROXIMATELY THIRTY SECONDS LATER THE FRONT DOOR BURST OPEN AND A BLACK MALE APPEARED WITH A SILVER REVOLVER HANDGUN. THE BLACK MALE WAS POINTING THE GUN AT HER AND AYDEE BEGAN SCREAMING. THE OFFENDER WARNED HER NOT TO SCREAM. THE BLACK MALE WAS DESCRIBED IN HIS 20'S, HEAVY SET, WEARING A LIGHT COLORED POLO SHIRT WITH THIN HORIZONTAL RED STRIPES, BLUE PANTS, DARK COLORED KNIT GLOVES, AND A BLACK KNIT SKULLY CAP. THIS OFFENDER COVERED AYDEE'S EYES WITH HIS GLOVED HAND.

AYDEE HEARD ANOTHER MAN'S VOICE TALKING TO HER SON. AYDEE HEARD HER SON SCREAM, HEARD A SCUFFLE THEN A LOUD BANG. AYDEE THEN HEARD HER SON FALL TO THE FLOOR. THE BLACK MALE OFFENDER WITH AYDEE CONTINUALLY DEMANDED MONEY. AYDEE WAS ORDERED TO STAND UP AND WAS MOVED FROM THE LIVING ROOM TO THE BEDROOM. AYDEE WAS PUSHED DOWN ONTO THE BED. AYDEE'S LEGS WERE BOUND AND HANDS TIED BEHIND HER BACK. A COMFORTER WAS PLACED OVER HER HEAD AND THE SAME BLACK MALE CONTINUED TO DEMAND MONEY. A SECOND BLACK MALE WITH AN ISLAND ACCENT SPOKE ASKING WHAT KIND OF CAR DID SHE HAVE AND WHERE WAS IT PARKED. AYDEE HEARD THE OFFENDERS RANSACKING THE APARTMENT. AT ONE POINT IT BECAME QUIET. AYDEE CALLED OUT FOR HER SON ANDRES, BUT THERE WAS NO RESPONSE. AYDEE WIGGLED FREE OF HER BINDINGS AND PROCEEDED TO THE LIVING ROOM. AYDEE

DISCOVERED HER SON SHOT TO THE HEAD LYING IN A POOL OF BLOOD. ANDRES ROMERO DIED ON 10-23-05 AS A RESULT OF THE GUNSHOT TO HIS HEAD. AYDEE EXITED THE FRONT DOOR TO SUMMON HELP AND HEARD THE OFFENDERS RETURNING. SHE RE-ENTERED AND LOCKED THE DOOR, THEN USED HER CELLULAR PHONE TO SUMMON THE POLICE.

HOLLYWOOD POLICE RESPONDED TO THE 911 CALL, BEING OFFICER JOHN HERL. AS OFFICER HERL APPROACHED THE BUILDING HE OBSERVED A BLACK MALE TURN THE NORTHWEST CORNER OF THE COMPLEX WEARING DARK CLOTHING AND CARRYING A BLACK BAG. OFFICER HERL WAS STARTLED BY A SECOND BLACK MALE. THE SECOND BLACK MALE CALLED OUT "STACY". OFFICER HERL ASKED THE BLACK MALE WHO IS STACY, TO DETERMINE IF SHE WAS THE CALLER FROM CONDO #8. THE BLACK MALE SAID STACY RESIDES IN CONDO #1.

OFFICER HERL APPROACHED #8 AND KNOCKED ON THE DOOR. AT THIS TIME THE SECOND BLACK MALE FLED. A PURSUIT ENSUED OF THE BLACK MALE. THE SAME BLACK MALE WAS SEEN ON A BICYCLE EXITING AN ALLEY. AN APPREHENSION WAS MADE OF THIS SUBJECT. THE SECOND BLACK MALE IS IDENTIFIED AS KIRK ALEXANDER CARTWRIGHT DATE OF BIRTH 12-27-1980. THE BICYCLE WAS RECOVERED AND IS A MAKE-MONTEREY BAY, BLUE AND SILVER IN COLOR, BEACH CRUISER STYLE.

AFTER THE ARREST WAS AFFECTED OF KIRK CARTWRIGHT, A SEARCH WAS CONDUCTED REVEALING EIGHT RINGS (WOMAN'S JEWELRY) ON HIS PERSON AND A LADIES BRACELET NEARBY THE AREA CARTWRIGHT WAS TAKEN INTO CUSTODY. ONE 9M.M. BULLET WAS ALSO ON CARTWRIGHT'S PERSON.

AYDEE SORRANO WAS GIVEN THE OPPORTUNITY TO VIEW THE RECOVERED JEWELRY. AYDEE SORRANO IDENTIFIED THE JEWELRY AS HER PROPERTY TAKEN IN THIS HOME INVASION ROBBERY.

ADDITIONAL PROPERTY WAS LOCATED IN THE REAR OF 1842 MADISON STREET. THE ITEMS WERE A SILVER COLORED .38 CALIBER REVOLVER (MAKE-ROHM), A 9M.M. SEMI-AUTO BLUE STEEL HANDGUN (MAKE-RUGER), A BLACK COMPUTER BAG, A SILVER (MAKE-DELL) LAPTOP COMPUTER, A BLACK PURSE, AND A BLACK PLASTIC JEWELRY BOX. VICTIM SORRANO WAS GIVEN THE OPPORTUNITY TO VIEW THE ITEMS. SORRANO POSITIVELY IDENTIFIED THE SILVER REVOLVER AS THE FIREARM POSSESSED BY THE OFFENDER THAT APPROACHED HER IN THE RESIDENCE WEARING THE LIGHT COLORED POLO SHIRT WITH THIN RED HORIZONTAL STRIPES. SORRANO IDENTIFIED THE COMPUTER BAG, THE COMPUTER, THE PURSE, AND THE JEWELRY BOX AS HER PROPERTY TAKEN IN THE HOME INVASION ROBBERY.

THE INVESTIGATION CONTINUED AND RESULTED IN A GRAY/OFF WHITE POLO SHIRT WITH RED AND BLUE HORIZONTAL STRIPES (MAKE-WRANGLER JEANS CO.) BEING FOUND AT 1832 MADISON STREET (EAST SIDE OF THE BUILDING). VICTIM SORRANO WAS GIVEN THE OPPORTUNITY TO VIEW THIS ITEM AND SHE POSITIVELY IDENTIFIED THE SHIRT AS THE SAME SHIRT BEING WORN BY THE OFFENDER THAT APPROACHED HER WITH THE SILVER REVOLVER.

ON OCTOBER 24TH 2005 THE CONTINUING INVESTIGATION RESULTED IN CONTACT WITH ARNETTE CARTWRIGHT, THE MOTHER OF KIRK CARTWRIGHT. ARNETTE WAS ASKED IF SHE KNEW WHO HER SON WAS ASSOCIATING WITH. ARNETTE SAID HER SON WAS IN PRISON AT THE BREVARD CORRECTIONAL INSTITUTION (RELEASED ON 8-1-05). HER SON WAS INCARCERATED WITH A BLACK MALE KNOWN TO HER AS "GORILLA" GORDON. GORDON IS FROM THE BAHAMAS. HER SON AND GORDON HAVE BEEN SEEN TOGETHER SINCE THEY WERE RELEASED FROM PRISON. ARNETTE HAS SEEN GORDON ALMOST DAILY SINCE HIS RELEASE FROM PRISON (GORDON RELEASED ON 9-23-05).

A TRUE COPY

ON OCTOBER 26TH 2005 ARNETTE CARTWRIGHT WAS CONTACTED AGAIN AND GIVEN THE OPPORTUNITY TO VIEW A PHOTOGRAPH. ARNETTE POSITIVELY IDENTIFIED THE PHOTOGRAPH AS "GORILLA" GORDON. THE PHOTOGRAPH IS FROM THE BREVARD CORRECTIONAL INSTITUTION, BEING JAVAROW J. GORDON BLACK MALE DATE OF BIRTH 11-21-1980.

ON 10-29-05 ARNETTE CARTWRIGHT WAS GIVEN THE OPPORTUNITY TO VIEW THE RECOVERED GRAY/OFF WHITE COLORED POLO SHIRT WITH RED AND BLUE THIN HORIZONTAL LINES. ARNETTE IMMEDIATELY AND POSITIVELY IDENTIFIED THE SHIRT AS BEING JAVAROW GORDON'S SHIRT. ARNETTE STATES SHE HAS SEEN JAVAROW GORDON WEAR THAT SHIRT 4 TO 5 TIMES SINCE HIS RELEASE FROM PRISON (RELEASED 9-23-05). ARNETTE CARTWRIGHT PROVIDED A VOLUNTARY SWORN STATEMENT.

ON 10-29-05 AN INTERVIEW WAS CONDUCTED WITH MONIQUE CARTWRIGHT. MONIQUE IS KIRK CARTWRIGHT'S SISTER. MONIQUE WAS RESIDING AT 1933 FUNSTON STREET #4 ON THE DAY OF THIS OCCURRENCE. RESIDING THERE WITH MONIQUE WAS HEATHER GORDON, JAVAROW GORDON'S SISTER.

MONIQUE WAS GIVEN THE OPPORTUNITY TO VIEW THE RECOVERED MAKE-MONTEREY BICYCLE. MONIQUE POSITIVELY IDENTIFIED THE BICYCLE AS OWNED BY VINDA GORDON, THE MOTHER OF JAVAROW GORDON. THE BICYCLE IS USED BY JAVAROW GORDON. MONIQUE WAS THEN GIVEN THE OPPORTUNITY TO VIEW THE SAME GRAY/OFF WHITE POLO SHIRT PREVIOUSLY DESCRIBED. MONIQUE POSITIVELY IDENTIFIED THE SHIRT AS BELONGING TO JAVAROW GORDON.

A TRUE COPY

MONIQUE STATES THAT ON OCTOBER 23RD 2005, SHE AND JAVAROW GORDON WERE AT 1933 FUNSTON STREET #4. IN THE AFTERNOON BEFORE DARKNESS KIRK CARTWRIGHT ARRIVED. KIRK CARTWRIGHT AND JAVAROW GORDON WERE TALKING. MONIQUE WENT TO THE

BATHROOM AND HEARD THE APARTMENT DOOR CLOSE. BOTH MEN HAD LEFT. MONIQUE FELL ASLEEP AND LATER IN THE EVENING WHEN IT WAS DARK JAVAROW GORDON RETURNED TO THE APARTMENT WITHOUT KIRK CARTWRIGHT. JAVAROW ASKED MONIQUE IF SHE HAD SEEN KIRK. JAVAROW MADE STATEMENTS TO MONIQUE BEING THE FOLLOWING:

HE DID NOT KNOW IF THE POLICE HAD KIRK.

THERE WAS A SHOOTING AND SOMEBODY GOT SHOT

HE DID NOT KNOW IF KIRK WAS INVOLVED IN IT

I RAN

SOMEBODY MIGHT HAVE GOTTEN KILLED

MONIQUE GAVE A VOLUNTARY SWORN STATEMENT TO THE AFOREMENTIONED FACTS.

IT SHOULD BE KNOWN IN THE COURSE OF THIS INVESTIGATION EVIDENCE HAD BEEN SUBMITTED TO THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT CRIME LABORATORY. KIRK CARTWRIGHT HAD BLOOD PRESENT ON HIS RIGHT SNEAKER HE WAS WEARING AT THE TIME OF HIS ARREST. A D.N.A. PROFILE WAS OBTAINED AND THIS PROFILE MATCHES MURDER VICTIM ANDRES ROMERO'S D.N.A. PROFILE.

EVIDENCE HAD BEEN SUBMITTED TO THE BROWARD SHERIFF'S CRIME LABORATORY. A PROJECTILE BEING THE COPPER JACKET OF A FIRED 9M.M. BULLET RECOVERED AT THE SCENE OF THE VICTIMS' RESIDENCE, WAS FIRED FROM THE RECOVERED "RUGER" 9M.M. HANDGUN.

A TRUE COPY

THIS OFFENSE SET FORTH IN THE FOREGOING AFFIDAVIT IS CONTRARY TO THE STATUTE IN SUCH CASE FSS 782.04(1) PROVIDED, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF FLORIDA.

SWORN AND SUBSCRIBED BEFORE ME

THIS 16TH DAY OF NOVEMBER, 2005

_____ 1538
Detective Walter Schatzel

(AFFIANT)

_____ # 0177
Detective John K. Kerns

(AFFIANT)

_____
CIRCUIT COURT JUDGE

A TRUE COPY

TOTAL P.12



**Corrections Offender Network**

Inmate Release Information Detail

(This information was current as of 9/23/2005)



| | |
|---|---|
| DC Number: | M31035 |
| Name: | GORDON, JEVARO |
| Race: | BLACK |
| Sex: | MALE |
| Hair Color: | BLACK |
| Eye Color: | BROWN |
| Height: | 5'11" |
| Weight: | 250 lbs. |
| Birth Date: | 11/21/1980 |
| Release Facility: | CFRC-MAIN |
| Custody: | CLOSE |
| Release Date: | 09/23/2005 |

**Stated Residence Upon Release:**
301 NW 47TH STREET
MIAMI, FL 33127

| Aliases: | |
|---|---|
| JAVAROW JEROME GORDAN | JAVAROW J GORDON |
| JEVARO GORDON | |

| Identifiers: |
|---|
| FINGERPRINT CLASS - AAAAAAAAAAAAAAAAAAAA |