UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-6322-   -SNOW

UNITED STATES OF AMERICA

vs.

JAVAROW GORDON,

    Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the complaint for unlawful flight to avoid prosecution against the above-named defendant, Javarow Gordon, due to the age of the matter and that there are no investigative leads or activities pending.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 1/19/16

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Jennifer Keene, AUSA
    U.S. Marshal (FTL)